**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
JONATHAN GONZALEZ-ALVAREZ,

                Petitioner,

    -against-                                    17 **CIVIL** 9773 (ALC)(JLC)

                                                           **JUDGMENT**

STEWART ECKERT,

                Respondent.
-----------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated May 17, 2023, Petitioner's writ of habeas corpus is DISMISSED with prejudice and the R&R is adopted in full. Because Petitioner has not made a substantial showing of the denial of a constitutional right, the Court will not issue a certificate of appealability, see 28 U.S.C. §2253(c)(2); Lucidore v. N.Y. State Div. of Parole, 209 F.3d 107, 111-12 (2d Cir. 2000), and the Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from the Order would not be taken in good faith. Judgment is entered in favor of Respondent; accordingly, the case is closed.

**Dated:** New York, New York

       May 17, 2023

                                                                         **RUBY J. KRAJICK**

                                                                          **Clerk of Court**

                                       **BY:**    *K. Mango*

                                                                          **Deputy Clerk**